John Walter CASTRO, Sr., Petitioner,

v.

The STATE of Oklahoma, Respondent.

No. PC–93–668.

Court of Criminal Appeals of Oklahoma.

March 8, 1994.

### ORDER SETTING EXECUTION DATE

John Walter Castro, Sr., Petitioner, was convicted of First Degree Murder and sentenced to death in Kay County District Court, Case No. CRF–83–130. This Court affirmed judgement and sentence, and denied post-conviction relief. *See, Castro v. State*, 745 P.2d 394 (Okl.Cr.1987), *reh'g denied* 749 P.2d 1146 (Okl.Cr.1987), *cert. denied, Castro v. Oklahoma* 485 U.S. 971, 108 S.Ct. 1248, 99 L.Ed.2d 446 (1988); *Castro v. State*, 814 P.2d 158 (Okl.Cr.1991), *cert. denied, Castro v. Oklahoma*, —— U.S. ——, 112 S.Ct. 947, 117 L.Ed.2d 116 (1992). By companion Order handed down this date, 871 P.2d 433 Petitioner's second application for post-conviction relief is **DENIED.** Petitioner has exhausted his State remedies.

Therefore, pursuant to 22 O.S.Supp.1992, § 1001.1, the execution date of John Walter Castro, Sr. shall be set for the 9th day of May, 1994.

**IT IS SO ORDERED.**

> /s/ Gary L. Lumpkin
> GARY L. LUMPKIN,
> Presiding Judge
>
> /s/ Charles A. Johnson
> CHARLES A. JOHNSON,
> Vice Presiding Judge

/s/ James F. Lane
JAMES F. LANE,
Judge

/s/ Charles S. Chapel
CHARLES S. CHAPEL,
Judge

/s/ Reta M. Strubhar
RETA M. STRUBHAR,
Judge